JOHN J. MOMOT, ESQ.
Nevada Bar No. 1700
YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
JOHN J. MOMOT, LTD.
520 South Fourth St., St. 300
Las Vegas, NV 89101
(702) 385-7170
Attorney for Defendant
JOHN HITCHCOCK

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN HITCHCOCK, ) <br> ) <br> Defendants. ) <br> ) | 2:13-CR-333-KJD-GWF-1 <br><br> **STIPULATION TO CONTINUE SENTENCING DATE (SECOND REQUEST)** |

COMES NOW, Defendant, JOHN HITCHCOCK ("Mr. Hitchcock"), by and through his attorney, JOHN J. MOMOT, ESQ. and YI LIN ZHENG, ESQ., of John J. Momot, Ltd., 520 S. Fourth St., Ste. 300, Las Vegas, NV 89101, and the United States being represented by and through the United States Attorney Office.

Defendant's sentencing was previously continued to allow counsel additional time to investigate Defendant's claims prior to the submission any objections/corrections to the Presentence Investigation Report ("PSR") and a sentencing memorandum to this Court. The stipulation to continue sentencing was granted by this Court and sentencing is currently set for July 8, 2015, at 9:00 a.m. A second continuance is now requested due to the unavailability of counsel on July 8, 2015. Additionally, another continuance of the sentencing is sought to allow the parties to potentially resolve any restitution issues prior to sentencing.

AUSA Lisa Cartier-Giroux contacted defense counsel regarding scheduling regarding sentencing in the instant case and advised that the Government had no objection to an additional request to continue sentencing.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between the parties hereto, that the SENTENCING date in the above referenced case may be continued from Wednesday, July 8, 2015, for approximately thirty (30) days, on or about August 10, 2015, or until such time as convenient to the Court.

STIPULATION entered by:

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| JOHN J. MOMOT, ESQ. | DANIEL G. BOGDEN |
| Nevada Bar No. 1700 | United States Attorney |
| JOHN J. MOMOT, LTD. | LISA CARTIER-GIROUX, ESQ. |
| 520 So. Fourth St., Ste. 300 | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | 333 Las Vegas Blvd. South, 5th Fl. |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

JOHN J. MOMOT, ESQ.
Nevada Bar No. 1700
YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
JOHN J. MOMOT, LTD.
520 South Fourth St., St. 300
Las Vegas, NV 89101
(702) 385-7170
Attorney for Defendant
JOHN HITCHCOCK

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:13-CR-333-KJD-GWF-1 |
| ) | |
| vs. ) | |
| ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING DATE (SECOND** |
| JOHN HITCHCOCK, ) | **REQUEST)** |
| ) | |
| Defendants. ) | |

Upon Stipulation of the parties:

**IT IS HEREBY ORDERED** that the SENTENCING date in the above referenced case shall be continued from Wednesday, July 8, 2015, at 9:00 a.m., to September 16, 2015 at 9:00 AM a.m./p.m., Courtroom 4A.

DATED this 2nd day of July, 2015.

_____
HONORABLE JUDGE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE